# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**FILED**
JAMES J. VILT, JR. - CLERK
MAY 24 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

RICHARD LEWIS GREATHOUSE JR #6511 (INMATE ID)
SS# LAST 4 DIGITS 0187 / SS#
DAVIESS COUNTY DETENTION CENTER 3337 HWY 144 OWENSBORO, KY 42303
(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 4:22CV-64-JHM
(To be supplied by the clerk)

JAILER ART MAGLINGER
DCDC / DAVIESS COUNTY DETENTION CENTER
3337 HWY 144
OWENSBORO, KY 42303
ART MAGLINGER
(Full name of the Defendant(s) in this action)

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: RICHARD LEWIS GREATHOUSE JR #6511

Place of Confinement: DAVIESS COUNTY DETENTION CENTER

Address: 3337 HWY 144 OWENSBORO, KY 42303

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (✓) (NOT SERVING ON ANYTHING YET / HELD FOR 10 MONTHS NOW ON A MENTAL HEALTH EVALUATION HOLD)

(2) Name of Plaintiff: NONE

Place of Confinement:

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(B) **Defendant(s)**. Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant JAILER ART MAGLINGER is employed as JAILER at DAVIESS COUNTY DETENTION CENTER.

The Defendant is being sued in his/her (HIS) individual and/or (HIS) ✓ official capacity.

(2) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5) Defendant ~~_____~~ is employed as ~~_____~~ at ~~_____~~.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): NONE

Defendant(s): NONE

Court (if federal court, name the district. If state court, name the county): NONE

Docket number: NONE

Name of judge to whom the case was assigned: NONE

Type of case (for example, habeas corpus or civil rights action): NONE

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): NONE

Approximate date of filing lawsuit: NONE

Approximate date of disposition: NONE

*More Types of Rights Violated Listed on Continued Page...*

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

*1ST AMENDMENT, 14TH Amendment, possibly others. Need better access to computer.*

*Possibly Excessive Probing or Compromised People In Trusted Positions or The Inability To Stop Such Things While We Are In The Care Of This Jailer Here At DCDC*

JAILER ART MAGLINGER has violated my right to be housed with *under his care* adequate security due to some sort of technological sound and voice amplication and projection. I experience it as terrorism and anarchy. *-Pertaining to above-* The things I've heard in the dorm I'm housed in comes from people outside of our dorm (Not on phone or KIOSK). Our voices are also amplified and there's a buzzing sound. All of these things include the mentioning of names I know and nicknames. Some old co-defendents and witnesses and vice versa who in regards to me would be intimidating a witness, seeking leverage, attempting to sabotage me with my cell mates, slander me, induce mental health illness, cause physical stress (anxiety, depression, high blood pressure, heart problems), *delusion, illusion, physical fights (running us into each other) creating conflicts* spiritually block me from a relationship with God by creating chaos, burning up my energy and killing my motivation rendering my life inefficient and almost ineffective (sort of like ground hog's day), struggling to get out from under all these things each day in order to do anything else or attempt to block them out. They (these projecting/amplifying voices of self and others) also antagonize me when I try to go to sleep. There's different levels of frequencies or something. Like when I have ear plugs in for sleeping or the radio playing with head phones in or with nothing in or on ears. Voices also are landing on people's *snores and sounds.*

VIOLATING TRADITIONS OF ALCOHOLICS/NARCOTICS ANONYMOUS

RELIGIOUS RIGHTS VIOLATED: INTERRUPTED PRAYER AND DEVOTIONAL STUDY Also JESUS REFERENCED ALOT BY OUTSIDE INTERFERENCE

### III. STATEMENT OF CLAIM(S) continued

Religious Rights: Due to the vacuuming of information by technological observation and excessive probing by law enforcement and/or criminals, drug addicts, and responsible people. Also Due to voices amplified in our dorm/cell or voices supplanted

HEPA LAWS / MEDICAL PRIVACY / MENTAL HEALTH PRIVACY / FINANCIAL PRIVACY
INFORMATIONAL MISTREATMENT DUE TO SOUND VOICE AMPLIFICATION IN OUR DORM/CELL

PRIVACY RIGHTS / BANK ACCOUNT #s / Soc Sec #s / ESTATE INFO: Due to sound amplification of our own voices in our cell (dorm) with voices altered, edited at times with synthisizer or some sort of technology device

PRIVACY RIGHTS SUCH AS RELATIVES PHONE NUMBERS, ADDRESSES, ETC... BEING COMPROMISED DUE TO SOUND AMPLIFICATION IN OUR DORM/CELL (OUR VOICES) OUR ENVIRONMENT IS SO SOUND SENSITIVE THAT WE CAN HEAR OUR THOUGHTS IF THEY'RE LOUD ENOUGH AND THERE IS EVEN SOME SORT OF ALGORITHEM OR PROJECTED THOUGHT/STATEMENT DEVICE OR COMPUTER PROGRAM BEING USED. Could be as simple as spy apps and devices that are being accessed by ordinary people not in trusted positions.

RIGHT TO BE HOUSED UNDER JAILER'S CARE WITHOUT THE ALLOWANCE OF OUTSIDE INTERFERENCE IN OUR LIVING QUARTERS/DORM/CELL BY WAY OF TECHNOLOGY. I experience this as lower level terrorism and anarchy and would like and expect it not to be allowed in this jail.

5

* I AGREE TO TAKE A LIE DETECTOR TEST

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

\_\_\_\_ award money damages in the amount of $ \_\_\_\_

✓ grant injunctive relief by releasing me to long term in house drug treatment, a CHRIST-CENTERED treatment, or to MENTAL HEALTH COURT from my home placement 4430 Poplar Log Bridge Rd Philpot, KY 42366

✓ award punitive damages in the amount of $ 100,000

\_\_\_\_ other: Will settle for any amount reasonable

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 18th day of MAY, 2022.

_____ RICHARD LEWIS GREATHOUSE JR
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on MAY 18TH, 2022.

_____ RICHARD LEWIS GREATHOUSE JR
(Signature)

6

Richard Lewis Greathouse Jr. #6511
DCDC
3337 Hwy 144
Owensboro, KY. 42303

DAVIESS CO.
UNCENSORED
JAIL MAIL

RETURNED FOR
ADDITIONAL

District Court Clerk, U.S.
423 Fredrica St. Suite 126
Owensboro, KY. 42301-3013

PS: 6 month
Account
History
Included in
Seperate
Envelope